IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__CIVIL__ / ____ DIVISION
CRIMINAL

Rocket Homes Rocket Mortgage f/k/a Quicken Loans, LLC AKA Quicken Loans INC
(Enter Above the Name of the Plaintiff in this Action)

vs.

JoJean Jodlowski ©
(Enter above the name of the Defendant in this Action)

1:23CV606.

If there are additional Defendants, please list them:

JUDGE HOPKINS

MAGISTRATE JUDGE LITKOVITZ

_____

_____

_____

_____

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Jo Jean Jodlowski ©
Name - Full Name Please - PRINT

c/o 4878 ~~Union~~ UNION AVE NE, #b
Street Address

Homeworth, OH. [44634]
City, State and Zip Code

330-821-2351 land ~~tire~~ line
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Jo Jean Jodlowski ©__
   Name - Full Name Please
   __c/o 4878 Union Ave. NE, Homeworth, OH. [44634]__
   Address: Street, City, State and Zip Code

2. ~~None~~
   __Betty Jean Jodlowski__

3. __4878 Union Ave. NE, Homeworth, OH. 44634 (Deceased)__

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☑ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

__18 USC § 1589 (c)(1)__
__42 USC § 1994 Peonage Abolished__

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Sending a legal document that was hand-delivered to STARK COUNTY CLERK OF COURTS Tues. Sept. 19th @ about 2:30 pm by Nathan Carpenter.

STARK COUNTY Judge CHYRSSA HARTNETT - Common PLEAS JUDGE - MICHELLE HAY - MAGISTRATE and Sandy SANDRA KURT - CLERK - CONFISCATED VITAL ORGINAL COPIES OF EVIDENCE and Dismissed every piece of EVIDENCE PRESENTED SINCE MAY OF 2022. NONE OF THESE INDIVIDUALS TOOK FUDJICARY RESPONSIBILTY FOR HIGH CRIMES BEING PREPETRATED AGAINST AGAINST (ALL THE PEOPLE) of STARK COUNTY, ALLOWED CoreLogic to Remove funds from the STARK COUNTY TREASURY in my name and others. REFUSING to REPORT OR Acknowledge CRIMES BEING Complacent in Prepetrating THEM, PLEASE HOLD THEM ACCOUNTABLE

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number: 2022CV00313

Caption: Rocket Homes (Foreclosure). Rocket Mortgage, Rocket Homes et allia vs. JoJean Jodlowski

_____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would deeply appreciate stopping the sale of my property

I would deeply appreciate holding all involved responsible

I would deeply appreciate Financial Remedy for each fraud committed as well as emotion distress remedy

Mostly I would DEEPLY APPRECIATE HOLDING THEM ALL RESPONSIBLE

I state under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of Sept., 2023

JoJean Jodlowski ©
Signature of Plaintiff

-4-