UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROCKET HOME ROCKET MORTGAGE,<br>    Plaintiff,<br><br>vs.<br><br>JOJEAN JODLOWSKI,<br>    Defendant. | Civil Action No. 1: 23-cv-606<br>Hopkins, J.<br>Litkovitz, M.J.<br><br><br>REPORT AND RECOMMENDATION |

On September 25, 2023, JoJean Jodlowski submitted a notice of removal/complaint for filing. Ms. Jodlowski did not paid the $402.00 filing fee or request leave to proceed *in forma pauperis* to file this action. "The applicable law here requires [Ms. Jodlowski] to either pay the filing fee required by 28 U.S.C. § 1914(a) or submit an *in forma pauperis* application with accompanying financial information, 28 U.S.C. § 1915(a); *see also Truitt v. Cty. of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998)." *In re El*, No. 2:17-mc-23, 2020 WL 2465007, at *2 (S.D. Ohio May 13, 2020). The Court notified Ms. Jodlowski of the Court's filing fee requirements, but she did not timely respond to the Notice of Deficiency. (Doc. 3). While Ms. Jodlowski submitted three documents in response to the Notice of Deficiency, none satisfied the filing fee requirements. (*See* Docs. 3, 4, 5).

On October 27, 2023, the Court ordered Ms. Jodlowski to pay the full filing fee of $402.00 or submit an application and affidavit to proceed *in forma pauperis* within 30 days. (Doc. 6). Ms. Jodlowski was advised that the notice of removal/complaint would not be deemed as "filed" until the appropriate filing fee is paid or Ms. Jodlowski is granted leave to proceed *in forma pauperis*. (*Id.*, citing *Truitt*, 148 F.3d at 648). Ms. Jodlowski was warned that her failure to pay the filing fee or submit an application to proceed *in forma pauperis* within the time limit could result in the dismissal of the notice of removal/ complaint. (*Id.*).

Ms. Jodlowski then filed a "notice of motion" (Doc. 7), which appears to address the merits of the state court foreclosure action on which her notice of removal/complaint is based. She also filed an "affidavit in support of motions" (Doc. 8), which also addresses the merits of the state court action and includes 129 pages of exhibits related to that action.   None of these documents satisfy the filing fee requirements of the Court.

To date, more than 30 days after the October 27, 2023 Order, Ms. Jodlowski has failed to pay the $402.00 filing fee or request leave to proceed *in forma pauperis*.   Accordingly, this matter should be dismissed without prejudice and terminated on the docket of this Court.

**IT IS SO RECOMMENDED.**

Date: 11/22/2023

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROCKET HOME ROCKET
MORTGAGE,
    Plaintiff,

vs.

JOJEAN JODLOWSKI,
    Defendant.

Civil Action No. 1: 23-cv-606
Hopkins, J.
Litkovitz, M.J.

## NOTICE TO THE PARTIES
## REGARDING THE FILING OF OBJECTIONS TO R&R

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas* v. *Arn,* 474 U.S. 140 (1985); *United States* v. *Walters,* 638 F.2d 947 (6th Cir. 1981).