# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ROCKET HOMES ROCKET MORTGAGE, | : |
| *Plaintiff*, | : |
| v. | : Case No. 1:23-cv-606 |
| JOJEAN JODLOWSKI, | : Judge Jeffery P. Hopkins |
| *Defendant*. | : |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the January 29, 2024 Order, the Magistrate Judge's November 27, 2023 Report and Recommendation is **ADOPTED** in its entirety. This case shall be **TERMINATED** from the docket of this Court.

Dated: April 12, 2024

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk